UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE WILLIAM WRIGHT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHARLES L. BECK; et al., <br><br> Defendants - Appellees. | No. 16-55239 <br><br> D.C. No. 2:15-cv-05805-R-PJW <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

This case is under consideration for inclusion in the Mediation Program. By March 29, 2016, counsel for all parties intending to file briefs in this matter are requested to inform Stephen Liacouras, Circuit Mediator, by email at stephen_liacouras@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. This communication will be kept confidential, if requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect** pending the determination whether the case will be selected for inclusion in the Mediation Program.

FOR THE COURT:

vs/mediation

Virna Sanchez
Deputy Clerk